# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Luis Acosta, et al.

                Plaintiff,

v.                                    Case No.: 1:22−cv−01458

                                                          Honorable Rebecca R. Pallmeyer

Board of Trustees of UNITE HERE Health, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2024:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel [100] is entered and continued. Appearance on July 11, 2024, is not required to present this motion. The court will enter a follow−up order when appropriate. The clerk's office is directed to email a courtesy copy of this order to Attorney J. Paul Moorhead (pmoorhead@bushgottlieb.com). (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.