# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jose Luis Acosta, et al.

             Plaintiff,

v.                   Case No.: 1:22−cv−01458

                  Honorable Rebecca R. Pallmeyer

Board of Trustees of UNITE HERE Health, et al.

             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

  MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel [63] is granted in part and denied in part. Enter Order. Plaintiffs are ordered to respond and produce documents (if any) responsive to Defendant's Requests for Production of Documents Nos. 39 and 43 by August 23, 2024. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.