ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jose Luis Acosta, Armando Garcia, Maria Sanchez, Glynndana Shevlin, individually and on behalf of all similarly situated current and former participants of UNITE HERE Health Plan Units 178 and 278, and Maria Buenrostro, <br><br> Plaintiff(s), <br><br> v. <br><br> Board of Trustees of UNITE HERE Health, <br><br> Defendant(s). | Case No.  22-cv-1458 <br> Judge Rebecca R. Pallmeyer |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Board of Trustees of UNITE HERE Health
and against plaintiff(s) Jose Luis Acosta, Armando Garcia, Maria Sanchez, Glynndana Shevlin individually and on behalf of all similarly situated current and former participants of UNITE HERE Health Plan Units 178 and 278, and Maria Buenrostro
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was (check one):

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.

☒ decided by Judge  Rebecca R. Pallmeyer  granting defendant's motion for summary judgment [257] and denying Plaintiffs' cross motion for summary judgment [262].


Date:   3/31/2026                                    Thomas G. Bruton, Clerk of Court

                                                     Christina Presslak , Deputy Clerk